UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DAVALL, CDCR #AW-8294,<br><br>                              Plaintiff,<br><br>           vs.<br><br>A. CORDERO; D. WHITE; WHITMAN,<br><br>                              Defendants. | Case No.:  3:20-cv-1968 JLS (KSC)<br><br>**ORDER REFERRING MOTION TO DISMISS TO MAGISTRATE JUDGE KAREN S. CRAWFORD**<br><br>(ECF No. 22) |

Presently before the Court is Defendant Whitman's Motion to Dismiss for Failure to State a Claim. (ECF No. 22.)  The Motion is **HEREBY REFERRED** to the Honorable Karen S. Crawford, United States Magistrate Judge, for report and recommendation pursuant to section 636(b)(1)(B) of title 28 of the United States Code and Local Rule 72.1. *See* 28 U.S.C. § 636(b)(1)(B); S.D. Cal. Civ. R. 72.1.  Accordingly, the Court **VACATES**

///
///
///
///
///

1  the hearing on the Motion set for March 4, 2021.  Magistrate Judge Crawford will issue a
2  separate briefing schedule for the motion.
3      **IT IS SO ORDERED**.
4  Dated:  January 21, 2021

Hon. Janis L. Sammartino
United States District Judge