UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DAVALL, CDCR #AW-8294,<br><br>                      Plaintiff,<br><br>   vs.<br><br>A. CORDERO; D. WHITE; WHITMAN,<br><br>                     Defendants. | Case No.: 3:20-cv-1968 JLS (KSC)<br><br>**MOTION TO DISMISS NO LONGER REFERRED**<br><br>(ECF No. 22) |

      Defendant Whitman's Motion to Dismiss for Failure to State a Claim (ECF No. 22) was previously referred to U.S. Magistrate Karen S. Crawford pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.1 for preparation of a report and recommendation. *See* ECF No. 25. The Court has determined that a report and recommendation is no longer necessary for the disposition of this matter and as such, the matter is no longer referred for that purpose. The Court will issue an order in due course.

      **IT IS SO ORDERED**.

Dated: April 28, 2021

                                              Hon. Janis L. Sammartino
                                              United States District Judge