UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DAVALL, CDCR #AW-8294,<br><br>        Plaintiff,<br><br>vs.<br><br>A. CORDERO; D. WHITE; WHITMAN,<br><br>        Defendants. | Case No.: 20-CV-1968 JLS (KSC)<br><br>**ORDER REFERRING MOTION FOR SUMMARY JUDGMENT TO MAGISTRATE JUDGE KAREN S. CRAWFORD**<br><br>(ECF No. 35) |

Presently before the Court is Plaintiff Joseph Davall's Motion for Summary Judgment. (ECF No. 35.) The Court previously stayed briefing on the Motion pending the Court's consideration of Defendant Whitman's Motion to Dismiss. (ECF No. 36.) The Court has issued an order granting in part and denying in part Defendant Whitman's Motion to Dismiss (ECF No. 37), and accordingly, the Court lifts the stay on briefing Plaintiff's Motion for Summary Judgment.

Plaintiff's Motion for Summary Judgment is **HEREBY REFERRED** to the Honorable Karen S. Crawford, United States Magistrate Judge, for report and recommendation pursuant to section 636(b)(1)(B) of title 28 of the United States Code and

///

1

Local Rule 72.1.  *See* 28 U.S.C. § 636(b)(1)(B); S.D. Cal. Civ. R. 72.1.  Magistrate Judge Crawford will issue a separate briefing schedule for the motion.

**IT IS SO ORDERED**.

Dated: July 7, 2021

Hon. Janis L. Sammartino
United States District Judge