UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DAVALL, CDCR #AW-8294,<br><br>Plaintiff,<br><br>v.<br><br>A. CORDERO; D. WHITE; WHITMAN,<br><br>Defendants. | Case No.: 20-cv-1968-JLS-KSC<br><br>**ORDER DENYING EX PARTE APPLICATION TO EXCUSE APPEARANCE OF DEFENDANTS AT SETTLEMENT CONFERENCE**<br><br>**[Doc. No. 62]** |

Before the Court is defendants' Ex Parte Application to Excuse Appearance of Defendants at Settlement Conference. Doc. No. 62. Defendants request to be excused from the undersigned's requirement that they virtually appear at the Mandatory Settlement Conference ("MSC") scheduled for March 3, 2022. *See* Chambers' Rules and Civil Pretrial Procedures for the Honorable Karen S. Crawford, § V., *see also* CivLR 16.1.c; CivLR 16.3.a. The Court finds that defendants have not established good cause to be excused from attending the MSC. Accordingly, the Application [Doc. No. 62] is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 22, 2022

Hon. Karen S. Crawford
United States Magistrate Judge