UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DAVALL, CDCR #AW-8294,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>A. CORDERO; D. WHITE; WHITMAN,<br><br>　　　　　　　　　　Defendants. | Case No.:  20-cv-1968-JLS-KSC<br><br>**ORDER:**<br><br>**(1) DENYING RENEWED EX PARTE APPLICATION TO EXCUSE APPEARANCE OF M. WHITMAN AT SETTLEMENT CONFERENCE**<br><br>**and**<br><br>**(2) CONTINUING SETTLEMENT CONFERENCE**<br><br>**[Doc. No. 64]** |

　　　Before the Court is defendant M. Whitman's Renewed Ex Parte Application to excuse her appearance at the Mandatory Settlement Conference set for March 3, 2022. Doc. No. 64.  As good cause for her request, Whitman reports that she will be on bereavement leave from March 3, 2022 through March 8, 2022, and that her presence is "not necessary" to effectuate a settlement with plaintiff. *Id.* at 1-2.

　　　The undersigned requires all parties to attend Court-facilitated settlement conferences.  *See* Chambers' Rules and Civil Pretrial Procedures for the Honorable Karen

1

1  S. Crawford, §§ IV. and V.; Doc. No. 61 at 2.  As before, the Court does not find that Whitman has established good cause to be excused from attending the MSC. Accordingly, the Ex Parte Application is **DENIED.**

To accommodate Whitman's leave, the Court hereby continues the Mandatory Settlement Conference to **March 10, 2022** at **9:30 a.m.** The MSC will be conducted by videoconference, and all previously issued instructions and mandatory procedures for participation [*see* Doc. No. 61] remain in effect. Counsel for defendant shall promptly advise the facility where plaintiff resides of the new date and time of the conference, and shall make all necessary arrangements to enable plaintiff's participation in the MSC. The Court is in receipt of the parties' confidential settlement briefs and further briefing is not required and will not be accepted.

**IT IS SO ORDERED.**

Dated:  February 25, 2022

Hon. Karen S. Crawford
United States Magistrate Judge