UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DAVALL, CDCR #AW-8294,<br><br>                              Plaintiff,<br><br>v.<br><br>A. CORDERO; D. WHITE; WHITMAN,<br><br>                              Defendants. | Case No.:  20-cv-1968-JLS-KSC<br><br>**ORDER CONTINUING DEADLINE TO FILE DISPOSITIVE MOTIONS** |

At the request of the parties, and good cause appearing, the Court hereby **ORDERS** that any motion for summary judgment by any party must be filed on or before ***March 25, 2022***.  No other deadline set forth in the Court's June 24, 2021 Scheduling Order [Doc. No. 39] is affected by this Order.  The parties are advised that this deadline will not be further extended.

**IT IS SO ORDERED.**

Dated:  March 10, 2022

Hon. Karen S. Crawford
United States Magistrate Judge