UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DAVALL, CDCR #AW-8294,<br><br>                        Plaintiff,<br><br>v.<br><br>A. CORDERO; D. WHITE; WHITMAN,<br><br>                        Defendants. | Case No.: 20-cv-1968-JLS-KSC<br><br>**ORDER GRANTING EX PARTE APPLICATION TO VACATE ALL TRIAL RELATED DATES**<br><br>**[Doc. No. 77]** |

      Before the Court is defendants' *Ex Parte* Application to Vacate All Trial Related Dates (the "Application"). Doc. No. 77. As defendants explain, the Court has not yet ruled upon the parties' cross-motions for summary judgment. *Id.* at 1. Defendants anticipate that the disposition of those motions may narrow or eliminate the parties' claims and defenses. *See id.*

      It is an appropriate exercise of this Court's discretion to grant a stay or continuance "when it serves the interests of judicial economy and efficiency." *Rivers v. Walt Disney Co.*, 980 F. Supp. 1358, 1360 (C.D. Cal. 1997); *see also Single Chip Sys. Corp. v. Intermec IP Corp.*, 495 F. Supp. 2d 1052, 1057 (S.D. Cal. 2007) (noting Court's authority to control its docket for the "economy of time and effort for itself, for counsel, and for litigants") (citation omitted). The Court agrees with defendants that vacating trial related deadlines will save the parties and the Court time and resources, *see* Doc. No. 77 at 2, and finds that

defendants have thereby established good cause to modify the pretrial schedule. The Court further finds that no party will be unfairly prejudiced by this continuance. *See Single Chip Systems*, 495 F. Supp. 2d at 1057 (noting that the Court should consider prejudice to any party when determining whether to stay proceedings).

## ORDER

For the foregoing reasons, defendants' *Ex Parte* Application to Vacate All Trial Related Dates is **GRANTED**. The following deadlines set forth in the Court's June 24, 2021 Scheduling Order [Doc. No. 39] are **VACATED**:

**June 9, 2022:** Deadline to file Memoranda of Contentions of Fact and Law;

**June 16, 2022**: Deadline to comply with pretrial disclosure requirements under Fed. R. Civ. P. 26(a)(3);

**June 23, 2022**: Deadline to meet and take the action required under Local Rule 16.1(f)(4);

**June 30, 2022**: Deadline for plaintiff to provide a proposed pretrial order to defendants;

**July 7, 2022**: Deadline to lodge the proposed pretrial order, including any objections thereto;

**July 14, 2022**: Final Pretrial Conference.

Counsel for defendants shall contact the undersigned's chambers within **three (3) business days** of a ruling on the pending Motions for Summary Judgment, at which time the foregoing pretrial deadlines will be reset if necessary.

**IT IS SO ORDERED.**

Dated:  June 3, 2022

Hon. Karen S. Crawford
United States Magistrate Judge